NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1581

### SCOTT PIVONKA and JOHN TOTTLEBEN,

Plaintiffs-Appellants,

v.

### CENTRAL GARDEN & PET COMPANY,
### NYLABONE CORPORATION, and TFH PUBLICATIONS, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Colorado in case no. 02-CV-02394, Senior Judge Richard P. Matsch.

## ON MOTION

Before DYK, Circuit Judge.

## ORDER

TFH Publications, Inc. (TFH) moves to have this appeal assigned to the same panel that heard an earlier appeal, Pivonka v. Axelrod, 2008-1413, involving a related patent. TFH states that Scott Pivonka and John Tottleben oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The appeal will be assigned to a merits panel in the usual course.

FEB 24 2009
_____
Date

cc:    Ramon L. Pizarro, Esq.
       Russell S. Burnside, Esq.
s20

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 24 2009

JAN HORBALY
CLERK